# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0696. FOUNDERS INSURANCE COMPANY v. MESICORP, INC. d/b/a NEW QUARTZ CAJUN BAR & GRILL et al.

After a motor vehicle accident involving its insured, Founders Insurance Company filed a declaratory judgment action as to insurance coverage for the accident. Founders filed a motion for summary judgment, which the trial court denied. Founders then filed this direct appeal. We lack jurisdiction.

The trial court's order denying the motion for summary judgment was not a final order, because the case remains pending below. Accordingly, Founders was required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review at this point. See *Pace Constr. Corp. v. Northpark Assoc.,* 215 Ga. App. 438, 439 (450 SE2d 828) (1994). Because Founders failed to comply with the requisite interlocutory procedures, its premature appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
     Clerk's Office, Atlanta,_____02/09/2016_____
     I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
     Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____, Clerk.